FILED

NOV 2 6 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CAUSE NO.: DR-19-CR-2302(1)AM |
| HECTOR LEONIDAS MELTZER-RODRIGUEZ | § § | |

## STIPULATION OF FACTS

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On August 25, 2019, Defendant was found in the United States near Eagle Pass, Texas within the Western District of Texas by federal law enforcement agents. The Defendant is an alien and citizen of Honduras who has been previously formally deported from the United States on or about September 18, 2013, through Houston, Texas. After such formal deportation, the Defendant has not received the consent of the Attorney General of the United States nor the consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States. The Defendant is voluntarily in the United States unlawfully. The Defendant committed all of the foregoing acts knowingly and voluntarily.



GOVERNMENT EXHIBIT 1

Respectfully submitted,

JOHN F. BASH
United States Attorney

By: For /s/ _____
SARAH E. SPEARS
Assistant United States Attorney

After consulting with my attorney, I hereby stipulate the above Statement of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt. **I accept responsibility for my actions in this case and apologize for having committed this offense.**

Signed this ___22nd___ day of ___November___, 2019.

_____
HECTOR LEONIDAS MELTZER-RODRIGUEZ
Defendant

I am Defendant's Attorney, I have carefully reviewed the above Stipulation of Facts with the Defendant. To my knowledge, Defendant's decision to stipulate to such facts is informed and voluntary.

Signed this ___22nd___ day of ___November___, 2019.

_____
JOSEPH A. CORDOVA
Defendant's Attorney

Adopted and approved this ___26___ day of ___Nov___, 2019.

_____
VICTOR ROBERTO GARCIA
United States Magistrate Judge