UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| **United States of America** | § § | |
| vs. | § § | NO:   DR:19-CR-02302(1)-AM |
| **(1) Hector Leonidas Meltzer-Rodriguez** | § § | |

**ORDER**

This case has been referred, by a general order, to the United States Magistrate Judge for the taking of a felony guilty plea. **28 U.S.C. §636(b)(3)** <u>*United States vs. Dees*</u>**, 125 F3rd 261 (5th Cir. 1997).**

On 11/26/2019 the defendant and counsel appeared before the United States Magistrate Judge who addressed the defendant personally in Open Court. The Court informed the defendant that he had a right to have his plea taken by the United States District Judge and advised him of the admonishments under Rule 11 of the Federal Rules of Criminal Procedure.

The undersigned United States Magistrate finds as follows:

1) The defendant, with the advice of his attorney, has consented to the taking of his guilty plea by the undersigned United States Magistrate Judge. Sentencing will be conducted by the presiding United States District Judge;

2) The defendant understood the nature of the charges and penalties;

3) The defendant understood his constitutional as well as statutory rights and freely and voluntarily waived them;

4) The defendant pled guilty to **Count One** of the Indictment,  <u>Illegal Re-entry into the United States</u>; without a plea agreement.

5) The defendant's plea was made freely and voluntarily;

6) The defendant is competent to enter this plea of guilty; and

7)   There is sufficient factual basis for this Defendant's plea.

8)   The defendant is hereby found guilty of the charge he pled guilty to.

## RECOMMENDATION

It is therefore the recommendation of the undersigned magistrate judge that the defendant's guilty plea be **ACCEPTED** and that a judgement of guilt be entered against the defendant.

## NOTICE

The parties may wish to file objections to the above recommendations.  Failure to file written objections to the findings and recommendations contained in this Report within 14 days from the date of its receipt shall bar an aggrieved party from receiving a de novo review by the District Court of the findings and recommendations contained herein, *see* 28 U.S.C. § 636(b)(1)©), and shall bar an aggrieved party "except on grounds of plain error from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court."  See *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996).

**The Clerk shall promptly deliver copies of this Report and Recommendation to all parties and their counsel.**

This case is referred to the presiding United States District Judge for sentencing.

Signed on this 11/26/2019.

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE